**Opinion issued March 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00557-CV

———————————

**KIMBERLY ANAIPAKOS, Appellant/Cross-Appellee**

**V.**

**DEMETRIOS ANAIPAKOS, Appellee/Cross-Appellant**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-74403**

---

## MEMORANDUM ORDER

On July 24, 2024, Appellant/Cross-Appellee Kimberly Anaipakos filed a Notice of Appeal from the trial court's Amended Final Decree of Divorce dated June 13, 2024. On August 5, 2024, Appellee/ Cross-Appellant Demetrios Anaipakos filed

a Notice of Cross-Appeal.

The clerk's record was due to be filed by August 12, 2024.[1]

On August 16, 2024, the trial court clerk filed an Information Sheet stating Appellant/Cross-Appellee had been notified that the clerk's record was ready but had made no payment arrangements. We notified Appellant/Cross-Appellee on two occasions that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(a)(1), (b). Appellant/Cross-Appellee did not respond, and the clerk's record was not filed.

On February 13, 2025, this Court dismissed Appellant/Cross-Appellee's appeal for want of prosecution. In the same order, we explained it was now Appellee/Cross-Appellant's burden to request and pay for the clerk's record. We also issued a separate order, directing Appellee/Cross-Appellant that his cross-appeal could be dismissed for want of prosecution if the clerk's record was not filed. We directed Appellee/Cross-Appellant to file a response by February 21, 2025, providing evidence from the trial court that he had paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this cross-appeal was subject to dismissal, Appellee/Cross-Appellant did not file a response demonstrating payment of the fee for the clerk's record and a clerk's record has not been filed.

---

[1] The reporter's record was filed on October 16, 2024.

We dismiss Appellee/Cross-Appellant Demetrios Anaipakos' cross-appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court), 43.2(f) (allowing dismissal of appeal). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Morgan.